UNITED STATES of America,
Plaintiff–Appellee,

v.

Luis Gerardo GUEL–SALINAS,
Defendant–Appellant.

No. 06–10070

Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 8, 2006.

Susan B. Cowger, Sarah Ruth Saldana, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender's Office, Northern District of

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Texas, Dallas, TX, for Defendant–Appellant.

Before KING, GARWOOD, and JOLLY, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Luis Gerardo Guel–Salinas raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

